United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-17853-ref
John R. Boyle                                                         Chapter 13
Jennifer L. Boyle
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4              User: Violet                Page 1 of 2              Date Rcvd: Feb 05, 2018
                                  Form ID: 152                Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2018.
db/jdb         +John R. Boyle,    Jennifer L. Boyle,    1004 Fredrick Blvd.,    Reading, PA 19605-1169
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14016681       +Amy F. Doyle, Esq.,    2041 Springwood Road,    York, PA 17403-4836
14016682       +Barclays Bank Delaware,    PO BOX 8803,    Wilmington, DE 19899-8803
14016683      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One,    15000 Capital One Drive,    Henrico, VA 23238)
14016685       +Capital ONe,    PO BOX 15298,    Wilmington, DE 19850-5298
14034365        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14016686       +Chase Card,    PO BOX 15298,    Wilmington, DE 19850-5298
14016687       +Comenity Boscovs,    PO BOX 182120,    Columbus, OH 43218-2120
14016690       +Reese Management,    150 Allendale Road,    Ste 3,    King of Prussia, PA 19406-2926
14016691       +TD Bank USA/target,    PO BOX 673,    Minneapolis, MN 55440-0673
14016692       +Toyota Motor Credit,    240 Gibraltar Road, Ste 260,    Horsham, PA 19044-2387
14024124       +VISIONS FEDERAL CREDIT UNION,    24 MCKINLEY AVE,    ENDICOTT, NY 13760-5491
14016693       +Visions FCU,    24 McKinley Avenue,    Endicott, NY 13760-5491

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: robertsl2@dnb.com Feb 06 2018 02:24:27      Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 06 2018 02:24:15
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 06 2018 02:24:36      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14016688       +E-mail/Text: bkr@cardworks.com Feb 06 2018 02:23:41      Merrick Bank Corp,    PO BOX 9201,
                 Old Bethpage, NY 11804-9001
14031798        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 06 2018 02:26:14
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14046626        E-mail/Text: bnc-quantum@quantum3group.com Feb 06 2018 02:23:55
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
14016689       +E-mail/Text: bankruptcyteam@quickenloans.com Feb 06 2018 02:24:33      Quicken Loans,
                 1050 Woodward Avenue,    Detroit, MI 48226-1906
14038069       +E-mail/Text: bankruptcyteam@quickenloans.com Feb 06 2018 02:24:33      Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
14016695       +E-mail/Text: WFB.Bankruptcy@cabelas.com Feb 06 2018 02:24:51      World's Foremost Bank,
                 4800 Nw 1st Street,    Lincoln, NE 68521-4463
                                                                                               TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14016684*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One,    15000 Capital One Drive,    Henrico, VA 23238)
14016694*      +Visions FCU,    24 McKinley Avenue,    Endicott, NY 13760-5491
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: Violet              Page 2 of 2            Date Rcvd: Feb 05, 2018
                              Form ID: 152              Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2018 at the address(es) listed below:

```
          BRENNA HOPE MENDELSOHN    on behalf of Joint Debtor Jennifer L. Boyle tobykmendelsohn@comcast.net
          BRENNA HOPE MENDELSOHN    on behalf of Debtor John R. Boyle tobykmendelsohn@comcast.net
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: John R. Boyle and Jennifer L. Boyle
    Debtor(s)

Case No: 17−17853−ref
Chapter: 13

---

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Richard E. Fehling

, United States Bankruptcy Court 4/5/18 at 09:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Timothy B. McGrath
Clerk of Court

16
Form 152