## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Jennifer L. Boyle<br>　　　　John R. Boyle<br>　　　　　　　　Debtors | CHAPTER 13 |
| Quicken Loans Inc., its successors and/or assigns<br>　　　　　　　　Movant<br>　　　vs.<br>Jennifer L. Boyle<br>John R. Boyle<br>　　　　　　　　Debtors | NO. 17-17853 REF |
| Frederick L. Reigle Esq.<br>　　　　　　　　Trustee | 11 U.S.C. Section 362 |

### PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to Confirmation of Quicken Loans Inc., which was filed with the Court on or about December 6, 2017. Document No. 13.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　rsolarz@kmllawgroup.com
　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　215-627-1322

June 7, 2018