United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                              Case No. 17-17853-ref
John R. Boyle                                                                                       Chapter 13
Jennifer L. Boyle
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4            User: dlv              Page 1 of 1               Date Rcvd: Jun 14, 2018
                               Form ID: 155           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2018.
db/jdb          +John R. Boyle,    Jennifer L. Boyle,    1004 Fredrick Blvd.,    Reading, PA 19605-1169

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2018 at the address(es) listed below:
          BRENNA HOPE MENDELSOHN   on behalf of Joint Debtor Jennifer L. Boyle tobykmendelsohn@comcast.net
          BRENNA HOPE MENDELSOHN   on behalf of Debtor John R. Boyle tobykmendelsohn@comcast.net
          FREDERICK L. REIGLE   ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
          FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          REBECCA ANN SOLARZ   on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
          ROLANDO  RAMOS-CARDONA   on behalf of Trustee FREDERICK L. REIGLE
           RRamos-Cardona@fredreiglech13.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                                   TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: John R. Boyle and Jennifer L. Boyle

        Debtor(s)

Chapter: 13

Bankruptcy No: 17−17853−ref

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this June 14, 2018 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Richard E. Fehling
Chief Judge ,
United States Bankruptcy Court

28
Form 155