United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John R. Boyle  
Jennifer L. Boyle  
    Debtors

Case No. 17-17853-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: dlv      Page 1 of 1      Date Rcvd: Jun 25, 2018  
                       Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2018.  
db/jdb       +John R. Boyle,   Jennifer L. Boyle,   1004 Fredrick Blvd.,   Reading, PA 19605-1169

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr         +E-mail/PDF: gecsedi@recoverycorp.com Jun 26 2018 02:28:52     Synchrony Bank,  
        c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021  
                                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2018 at the address(es) listed below:  
        BRENNA HOPE MENDELSOHN    on behalf of Joint Debtor Jennifer L. Boyle tobykmendelsohn@comcast.net  
        BRENNA HOPE MENDELSOHN    on behalf of Debtor John R. Boyle tobykmendelsohn@comcast.net  
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com  
        FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com  
        ROLANDO   RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE RRamos-Cardona@fredreiglech13.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                             TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:  John R. Boyle** | : | Chapter 13 |
| **Jennifer L. Boyle,** | : | |
| **Debtor** | : | |
| | : | Bankruptcy No. 17-17853-REF |
| | : | |

## **ORDER**

AND NOW, upon consideration of the Application for Allowance of Compensation Pursuant to Section 330 of the United States Bankruptcy Code ("Application").

IT IS HEREBY ORDERED that the Application is APPROVED in the amount of $3,000.00, of which $600.00 was received pre-petition.

BY THE COURT

**Date: June 25, 2018**

Richard E. Fehling
U.S. Bankruptcy Judge