UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

**In Re:** JOHN R. BOYLE

**Case No.** 17-17853

**Claim No. :** 10

Debtor(s)

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above entitled case hereby requests that the mailing address pertaining to NOTICES AND PAYMENTS, listed in the above stated case be changed.

**Address where Notices to the creditor be sent:**

| From | To |
|---|---|
| CAPITAL ONE BANK (USA), N.A.  CABELA'S CLUB VISA | Capital One Bank (USA) N.A Cabela's Club Visa by American Infosource as agent |
| PO BOX 82609 | 4515 N Santa Fe Ave |
| LINCOLN NE 68501 - 2609 | Oklahoma City OK 73118 |

**Address where Payments to the creditor be sent:**

| From | To |
|---|---|
| CAPITAL ONE BANK (USA), N.A.  CABELA'S CLUB VISA | Capital One Bank (USA) N.A Cabela's Club Visa by American Infosource as agent |
| PO BOX 82609 | PO Box 71083 |
| LINCOLN NE 68501 - 2609 | Charlotte NC 28272 - 1083 |

/s/ Ashley Boswell

Date: 3/7/2019

Creditor's Authorized Agent for Capital One Bank(USA) N.A Cabela's Club Visa