*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: John R. Boyle and Jennifer L. Boyle

    Debtor(s)

Case No: 17–17853–elf

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

RESCHEDULED Debtor's Motion to Modify Plan

    on: 6/13/19

    at: 10:00 AM

    in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 5/29/19

Timothy B. McGrath
Clerk of Court

49 – 46
Form 167