# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  John R. Boyle  : Chapter 13
       Jennifer L. Boyle,  :
          Debtors  : Bankruptcy No. 17-17853-ref

## ORDER

AND NOW, upon the consideration of the Debtor's Motion to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329, and after notice and opportunity for hearing, and with the consent of the Chapter 13 Trustee, it is hereby **ORDERED** that the Third Amended Chapter 13 Plan is **APPROVED**.

Date: 6/14/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**