United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John R. Boyle  
Jennifer L. Boyle  
    Debtors

Case No. 17-17853-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: PaulP     Page 1 of 1     Date Rcvd: Jun 14, 2019  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2019.  
db/jdb       +John R. Boyle,    Jennifer L. Boyle,    1004 Fredrick Blvd.,    Reading, PA 19605-1169

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.          TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2019            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2019 at the address(es) listed below:  
         BRENNA HOPE MENDELSOHN    on behalf of Joint Debtor Jennifer L. Boyle tobykmendelsohn@comcast.net  
         BRENNA HOPE MENDELSOHN    on behalf of Debtor John R. Boyle tobykmendelsohn@comcast.net  
         FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com  
         ROLANDO RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com, ecf_frpa@trustee13.com  
         ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com, ecf_frpa@trustee13.com  
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:   John R. Boyle              :        Chapter 13
        Jennifer L. Boyle,          :
            Debtors           :        Bankruptcy No. 17-17853-ref

### ORDER

AND NOW, upon the consideration of the Debtor's Motion to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329, and after notice and opportunity for hearing, and with the consent of the Chapter 13 Trustee, it is hereby **ORDERED** that the Third Amended Chapter 13 Plan is **APPROVED**.

Date:  6/14/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**