| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 17-17853-PMM

JOHN R BOYLE  
JENNIFER  L BOYLE  
1004 FREDRICK BLVD  
READING  PA    19605  

Petition Filed Date: 11/17/2017  
341 Hearing Date: 02/06/2018  
Confirmation Date: 06/14/2018  

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/05/2019 | $210.40 | | 02/13/2019 | $210.40 | | 03/18/2019 | $75.00 | |
| 04/18/2019 | $75.00 | | 05/13/2019 | $75.00 | | 06/24/2019 | $75.00 | Automatic Payr |
| 07/22/2019 | $75.00 | Automatic Payr | 08/21/2019 | $75.00 | Automatic Payr | 09/23/2019 | $75.00 | Automatic Payr |
| 10/23/2019 | $75.00 | | 11/21/2019 | $75.00 | | 12/26/2019 | $75.00 | |
| 01/22/2020 | $75.00 | | 02/24/2020 | $75.00 | | 03/23/2020 | $75.00 | |
| 04/21/2020 | $75.00 | | 05/21/2020 | $75.00 | | 06/22/2020 | $75.00 | |
| 06/29/2020 | $100.00 | | 07/21/2020 | $75.00 | | 07/31/2020 | $100.00 | |

**Total Receipts for the Period:  $1,895.80    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $2,965.80**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 4 | AMERICAN INFOSOURCE LP<br>»»  004 | Unsecured Creditors | $979.92 | $0.00 | $979.92 |
| 10 | CAPITAL ONE BANK (USA) NA CABELAS CLUB VISA<br>»»  010 | Unsecured Creditors | $2,042.22 | $0.00 | $2,042.22 |
| 7 | QUANTUM3 GROUP LLC as agent for<br>»»  007 | Unsecured Creditors | $1,425.43 | $0.00 | $1,425.43 |
| 11 | MERRICK BANK<br>»»  011 | Unsecured Creditors | $1,448.95 | $0.00 | $1,448.95 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  008 | Unsecured Creditors | $2,802.16 | $0.00 | $2,802.16 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  003 | Unsecured Creditors | $1,165.16 | $0.00 | $1,165.16 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  006 | Unsecured Creditors | $2,611.95 | $0.00 | $2,611.95 |
| 5 | QUICKEN LOANS INC<br>»»  005 | Mortgage Arrears | $8,256.78 | $112.33 | $8,144.45 |
| 5 | QUICKEN LOANS INC<br>»»  05P | Mortgage Arrears | $3,017.44 | $41.05 | $2,976.39 |
| 9 | TD BANK USA NA<br>»»  009 | Unsecured Creditors | $3,444.68 | $0.00 | $3,444.68 |
| 1 | VISIONS FCU<br>»»  001 | Unsecured Creditors | $7,131.13 | $0.00 | $7,131.13 |
| 2 | VISIONS FCU<br>»»  002 | Unsecured Creditors | $1,135.87 | $0.00 | $1,135.87 |
| 12 | MENDELSOHN & MENDELSOHN PC<br>»»  012 | Attorney Fees | $2,400.00 | $2,400.00 | $0.00 |

**Chapter 13 Case No. 17-17853-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,965.80 | Current Monthly Payment: | $75.00 |
| Paid to Claims: | $2,553.38 | Arrearages: | ($200.00) |
| Paid to Trustee: | $254.92 | Total Plan Base: | $15,110.23 |
| Funds on Hand: | $157.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.