IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  MARK ERIC BAILEY, | : Chapter 13 |
| A/K/A MARK BAILEY, A/K/A | : Case No.  16-10825 |
| MARK E. BAILEY, | : |
| DEBTOR | : |

**PRAECIPE TO WITHDRAW SUPPLEMENTAL APPLICATION FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

TO THE CLERK, U.S. BANKRUPTCY COURT:

    Kindly withdraw Supplemental Application for Allowance of Compensation and Reimbursement of Expenses filed to docket #68.

Dated:  9/23/2020                            **Case & DiGiamberardino, P.C.**

                                 By:      s/John A. DiGiamberardino, Esquire
                                               845 North Park Road, Suite 101
                                               Wyomissing, PA  19610
                                               610-372-9900
                                               610-372-5469 fax
                                               jad@cdllawoffice.com
                                               Attorney ID #41268
                                               Attorney for Debtor