**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　　Mark Eric Bailey aka Mark Bailey aka<br>　　Mark E. Bailey,<br>　　　　Debtor, | Chapter 13 |
| HSBC Bank USA, National Association as Trustee for Ellington Loan Acquisition Trust 2007-2, Mortgage Pass-Through Certificates, Series 2007-2,<br>　　　　Movant,<br><br>Mark Eric Bailey aka Mark Bailey aka Mark E. Bailey,<br>　　　　Debtor / Respondent,<br><br>and<br>William C. Miller, Esq.,<br>　　　　Trustee / Respondent | Case No. 16-10825-elf<br><br>Related to Document No. 62<br><br>Hearing Date: December 15, 2020<br>Time: 9:30 a.m. |

**PRAECIPE TO WITHDRAW**

---

　　NOW COMES, HSBC Bank USA, National Association as Trustee for Ellington Loan Acquisition Trust 2007-2, Mortgage Pass-Through Certificates, Series 2007-2, by and through the undersigned counsel, and hereby withdraws the Motion for Relief from Automatic Stay and Co-Debtor Stay with nonconcurrence and Notice of Self Scheduled Hearing with Objection Deadline (document number 62). Said Motion is being withdrawn without prejudice.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　　MILSTEAD & ASSOCIATES, LLC

DATED: December 14, 2020

　　　　　　　　　　　　　　　　　　　　　　　/s/Andrew M. Lubin
　　　　　　　　　　　　　　　　　　　　　　Andrew M. Lubin, Esquire
　　　　　　　　　　　　　　　　　　　　　　alubin@milsteadlaw.com
　　　　　　　　　　　　　　　　　　　　　　Attorney ID No. 54297
　　　　　　　　　　　　　　　　　　　　　　1 E. Stow Road
　　　　　　　　　　　　　　　　　　　　　　Marlton, NJ 08053
　　　　　　　　　　　　　　　　　　　　　　(856) 482-1400
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Movant

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Mark Eric Bailey aka Mark Bailey aka Mark E. Bailey,<br>        Debtor, | Bankruptcy No.  16-10825-elf<br>Chapter 13 |
| HSBC Bank USA, National Association as Trustee for Ellington Loan Acquisition Trust 2007-2, Mortgage Pass-Through Certificates, Series 2007-2,<br>        Movant,<br><br>Mark Eric Bailey aka Mark Bailey aka Mark E. Bailey,<br>        Debtor / Respondent,<br><br>and<br>William C. Miller, Esq.,<br>        Trustee / Respondent. | |

## **CERTIFICATION OF SERVICE**

     Andrew M. Lubin, Esquire counsel for HSBC Bank USA, National Association as Trustee for Ellington Loan Acquisition Trust 2007-2, Mortgage Pass-Through Certificates, Series 2007-2, hereby certifies that a copy of the Praecipe to Withdraw Motion for Relief was served upon the following persons via electronic transmission or by regular first-class mail, postage pre-paid on December 14, 2020, addressed as follows:

| | |
|---|---|
| William C. Miller, Esq., Trustee<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105<br>*via electronic transmission and regular mail* | John A. Digiamberardino, Esquire<br>845 North Park Road<br>Suite 101<br>Wyomissing, PA 19610<br>*via electronic transmission and regular mail* |
| Mark Eric Bailey aka Mark E. Bailey<br>aka Mark E. Bailey<br>942 Highmeadow Court<br>Lancaster, PA 17601<br>*via regular mail* | Jennifer R. Balogh<br>942 Highmeadow Court<br>Lancaster, PA 17601<br>*via regular mail* |

                              MILSTEAD & ASSOCIATES, LLC

DATED:  December 14, 2020        By: /s/Andrew M. Lubin
                                        Andrew M. Lubin, Esquire
                                        Attorney ID No. 54297
                                        1 E. Stow Road
                                        Marlton, NJ 08053
                                        (856) 482-1400
                                        Attorneys for Movant