# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jennifer L. Boyle<br>John R. Boyle<br>Debtor(s) | CHAPTER 13 |
| Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.<br>Movant<br>vs. | NO. 17-17853 PMM |
| Jennifer L. Boyle<br>John R. Boyle<br>Debtor(s) | 11 U.S.C. Sections 362 and 1301 |
| Scott Waterman<br>Trustee | |

## ORDER

AND NOW, this **18th** day of **November**, 2021 at Reading, upon consideration of Movant's Motion to Approve Partial Claim Agreement, it is ORDERED AND DECREED that:

The Motion is granted and the Partial Claim Agreement executed on _October 8, 2021_ does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

**Date: November 18, 2021**

_Patricia M. Mayer_
United States Bankruptcy Judge.