| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 17-17853-PMM**

JOHN R BOYLE
JENNIFER  L BOYLE
1004 FREDRICK BLVD
READING  PA   19605

Petition Filed Date: 11/17/2017
341 Hearing Date: 02/06/2018
Confirmation Date: 06/14/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/21/2021 | $75.00 | | 05/21/2021 | $75.00 | | 06/21/2021 | $75.00 | |
| 07/21/2021 | $75.00 | | 08/23/2021 | $75.00 | | 09/21/2021 | $75.00 | |
| 10/21/2021 | $75.00 | | 11/01/2021 | $125.00 | | 11/01/2021 | $300.00 | |
| 11/22/2021 | $125.00 | | 12/21/2021 | $125.00 | | 01/24/2022 | $125.00 | |
| 02/22/2022 | $125.00 | | 03/21/2022 | $125.00 | | 04/21/2022 | $125.00 | |
| 05/23/2022 | $125.00 | | 06/22/2022 | $125.00 | | | | |

**Total Receipts for the Period: $1,950.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $5,815.80**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 4 | AMERICAN INFOSOURCE LP<br>»» 004 | Unsecured Creditors | $979.92 | $0.00 | $979.92 |
| 10 | CAPITAL ONE BANK (USA) NA CABELAS CLUB VISA<br>»» 010 | Unsecured Creditors | $2,042.22 | $0.00 | $2,042.22 |
| 7 | QUANTUM3 GROUP LLC as agent for<br>»» 007 | Unsecured Creditors | $1,425.43 | $0.00 | $1,425.43 |
| 11 | MERRICK BANK<br>»» 011 | Unsecured Creditors | $1,448.95 | $0.00 | $1,448.95 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $2,802.16 | $0.00 | $2,802.16 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 003 | Unsecured Creditors | $1,165.16 | $0.00 | $1,165.16 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 006 | Unsecured Creditors | $2,611.95 | $0.00 | $2,611.95 |
| 5 | QUICKEN LOANS INC<br>»» 005 | Mortgage Arrears | $8,256.78 | $494.62 | $7,762.16 |
| 5 | QUICKEN LOANS INC<br>»» 05P | Mortgage Arrears | $3,854.36 | $180.76 | $3,673.60 |
| 9 | TD BANK USA NA<br>»» 009 | Unsecured Creditors | $3,444.68 | $0.00 | $3,444.68 |
| 1 | VISIONS FCU<br>»» 001 | Unsecured Creditors | $7,131.13 | $0.00 | $7,131.13 |
| 2 | VISIONS FCU<br>»» 002 | Unsecured Creditors | $1,135.87 | $0.00 | $1,135.87 |
| 12 | MENDELSOHN & MENDELSOHN PC<br>»» 012 | Attorney Fees | $2,400.00 | $2,400.00 | $0.00 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,290.00 | $1,290.00 | $0.00 |

**Chapter 13 Case No. 17-17853-PMM**

| 12 | CHASE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | REESE MANAGEMENT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | TOYOTA MOTOR CREDIT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,815.80 | Current Monthly Payment: | $361.14 |
| Paid to Claims: | $4,365.38 | Arrearages: | $1,652.98 |
| Paid to Trustee: | $488.17 | Total Plan Base: | $17,580.70 |
| Funds on Hand: | $962.25 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.