United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
John R. Boyle  
Jennifer L. Boyle  
    Debtors

Case No. 17-17853-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Sep 08, 2022      Form ID: pdf900      Total Noticed: 28

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John R. Boyle, Jennifer L. Boyle, 1004 Fredrick Blvd., Reading, PA 19605-1169 |
| 14016681 | + | Amy F. Doyle, Esq., 2041 Springwood Road, York, PA 17403-4836 |
| 14016685 | + | Capital ONe, PO BOX 15298, Wilmington, DE 19850-5298 |
| 14574411 | + | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14016690 | + | Reese Management, 150 Allendale Road, Ste 3, King of Prussia, PA 19406-2926 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Sep 08 2022 23:58:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 08 2022 23:58:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: ebn_ais@aisinfo.com | Sep 09 2022 00:03:10 | Capital One Bank (USA) N.A Cabelas Club Visa by Am, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Sep 09 2022 00:03:02 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14016682 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 08 2022 23:58:00 | Barclays Bank Delaware, PO BOX 8803, Wilmington, DE 19899-8803 |
| 14016683 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 09 2022 00:03:02 | Capital One, 15000 Capital One Drive, Henrico, VA 23238 |
| 14099506 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 09 2022 00:03:10 | CAPITAL ONE BANK (USA), N.A. - CABELA'S CLUB VISA, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 14034365 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 09 2022 00:03:10 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14016687 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 08 2022 23:58:00 | Comenity Boscovs, PO BOX 182120, Columbus, OH 43218-2120 |
| 14016686 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 09 2022 00:03:18 | Chase Card, PO BOX 15298, Wilmington, DE 19850 |
| 14100566 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 09 2022 00:03:02 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14016688 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 09 2022 00:03:11 | Merrick Bank Corp, PO BOX 9201, Old Bethpage, NY 11804-9001 |
| 14031798 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

Case 17-17853-pmm   Doc 89   Filed 09/10/22   Entered 09/11/22 00:29:59   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 08, 2022 | Form ID: pdf900 | Total Noticed: 28 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 09 2022 00:03:02 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14056469 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 09 2022 00:03:10 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14046626 | | Email/Text: bnc-quantum@quantum3group.com | Sep 08 2022 23:58:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14016689 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 08 2022 23:58:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14038069 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 08 2022 23:58:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14098643 | + | Email/Text: bncmail@w-legal.com | Sep 08 2022 23:58:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14016691 | + | Email/Text: bncmail@w-legal.com | Sep 08 2022 23:58:00 | TD Bank USA/target, PO BOX 673, Minneapolis, MN 55440-0673 |
| 14016692 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 08 2022 23:58:00 | Toyota Motor Credit, 240 Gibraltar Road, Ste 260, Horsham, PA 19044-2387 |
| 14024124 | | Email/Text: membersolutions@visionsfcu.org | Sep 08 2022 23:57:00 | VISIONS FEDERAL CREDIT UNION, 24 MCKINLEY AVE, ENDICOTT, NY 13760 |
| 14016693 | | Email/Text: membersolutions@visionsfcu.org | Sep 08 2022 23:57:00 | Visions FCU, 24 McKinley Avenue, Endicott, NY 13760 |
| 14016695 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 09 2022 00:03:02 | World's Foremost Bank, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14016684 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Drive, Henrico, VA 23238 |
| 14016694 | *P++ | VISIONS FEDERAL CREDIT UNION, ATTN BANKRUPTCY, 24 MCKINLEY AVE, ENDICOTT NY 13760-5491, address filed with court:, Visions FCU, 24 McKinley Avenue, Endicott, NY 13760 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 10, 2022        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2022 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 08, 2022 | Form ID: pdf900 | Total Noticed: 28 |

| Name | Email Address |
|---|---|
| BRENNA HOPE MENDELSOHN | on behalf of Debtor John R. Boyle tobykmendelsohn@comcast.net |
| BRENNA HOPE MENDELSOHN | on behalf of Joint Debtor Jennifer L. Boyle tobykmendelsohn@comcast.net |
| REBECCA ANN SOLARZ | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>JOHN R BOYLE<br>JENNIFER  L BOYLE<br><br>Debtors | Chapter 13<br><br>Bankruptcy No. 17-17853-PMM |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtors' plan shall be refunded to the Debtors unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: September 8, 2022**

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE